# UNITED STATES of America, Plaintiff–Appellee,

v.

## Elisa Coral AVILA–MARTINEZ, Defendant–Appellant.

No. 04–40849.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

---

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Elisa Coral Avila–Martinez (Avila) appeals her guilty-plea conviction and sentence for possession with intent to distribute in excess of 5 kilograms of cocaine in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A). Avila argues for the first time on appeal that 21 U.S.C. § 841 is unconstitutional in light of the Supreme Court's decision in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Avila concedes, this argument is foreclosed by our decision in *United States v. Slaughter,* 238 F.3d 580 (5th Cir. 2000).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.